IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIFFANY GILLEYLEN                                                                    PLAINTIFF

V.                                                                      CAUSE NO. 1:19-CV-62-SA-DAS

CITY OF TUPELO, MISSISSIPPI                                                       DEFENDANT

ORDER OF DISMISSAL

The present cause comes before the court on the parties' joint *ore tenus* motion for entry of an order of dismissal of this action as the parties have reached a settlement agreement as to all claims raised herein. Accordingly, it is hereby ORDERED:

That this cause is hereby Dismissed *with prejudice*, with each party to bear their own costs.

This the 26th day of September, 2019.

                                            */s/* Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE

Approved as to form:

**WAIDE & ASSOCIATES, P.A.**
*Attorneys for Plaintiff*
By: */s/ Jim Waide*
Jim Waide, Esq. (MSB No. 6857)
Post Office Box 1357
Tupelo, Ms. 38802
Telephone: (662) 842-7324
Email: waide@waidelaw.com

**CLAYTON O'DONNELL, PLLC**
*Attorneys for the Defendant*
By: */s/ David D. O'Donnell*
David D. O'Donnell, Esq. (MSB # 3912)
1403 Van Buren Avenue
Suite 103
Oxford, Ms. 38655
(662) 234-0900
Email: dodonnell@claytonodonnell.com